UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN LEE DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>J. PICKETT,<br><br>        Defendant. | No.  2:20-cv-1371 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983.  In an order filed July 14, 2020, this court ordered plaintiff to either pay the filing fee or file an application to proceed in forma pauperis if he wished to proceed with this action. (ECF No. 3.)  Plaintiff was warned that if he did not pay the filing fee, file an application, or otherwise respond to the court's order within thirty days, this court would recommend this action be dismissed.

Those thirty days have passed and plaintiff has not responded in any way to the July 14 order.

Accordingly, the Clerk of the Court is HEREBY ORDERED to randomly assign a district judge to this case;

////

////

1

Further, IT IS RECOMMENDED that this case be dismissed for plaintiff's failure to prosecute and failure to comply with court orders.  E.D. Cal. R. 110; Fed. R. Civ. P. 41.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 29, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/davi1371.no ifp fr